George N. Koumbis (SBN 246855)
Shelby A. Cummings (SBN 324322)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
Email: george.koumbis@arentfox.com
shelby.cummings@arentfox.com

Attorneys for Plaintiffs
BRAMAN MOTORS, INC. d/b/a
BRAMAN BMW, and BRAMAN MOTOR
CARS, INC. d/b/a BRAMAN BMW WEST
PALM BEACH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAMAN MOTORS, INC. d/b/a BRAMAN BMW, and BRAMAN MOTOR CARS, INC. d/b/a BRAMAN BMW WEST PALM BEACH,<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>Defendant. | Misc. Case No. 2:20-mc-00025<br><br>Underlying Case No. 1:17-cv-23360-DPG pending in the Southern District of Florida<br><br>**MISCELLANEOUS MOTION RELATED TO SUBPOENA FROM ANOTHER DISTRICT**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF WITHHELD DOCUMENTS**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: TBD |

**TO THE HONORABLE COURT, EXPERIAN INFORMATION SOLUTIONS, INC., ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that as soon as counsel may be heard in the United States District Court for the Central District of California, Plaintiffs' Braman Motors, Inc. d/b/a Braman BMW, and Braman Motor Cars, Inc. d/b/a Braman BMW West Palm Beach ("Plaintiffs") will, and hereby do, move this Court for an order compelling third party Experian Information Solutions, Inc. ("Experian") to produce all withheld responsive documents, as identified in Plaintiffs' Subpoena to Produce Documents, served on Experian on or about April 18, 2019, under Federal Rules of Civil Procedure, Rule 45.

This Motion is made on the following ground:

1. The withheld responsive documents are relevant to the claims in this action and are reasonably calculated to lead to the discovery of admissible information;

2. Plaintiffs' have a compelling need for the documents as they are pertinent to issues central to this case.

3. Plaintiffs' are unable to obtain the documents through any other means, as Defendant BMW of North America, LLC, has maintained that it does not have access to the documents directly, due to agreements Defendant has with Experian.

4. Plaintiffs' are aware, and Experian has inferentially admitted, that Experian has previously provided the withheld responsive documents to another third party.

This Motion is made in good faith after defendants attempted to meet and confer to resolve this dispute informally, as required by Federal Rules of Civil Procedure, Rule 37(a)(2)(B) and Local Rule 37-1, but were unable to reach a resolution.

1  This Motion is based on this Notice of Motion, the Memorandum of Points
2  and Authorities, the Declaration of George Koumbis, the papers and records on
3  files herein, and such other further oral and documentary evidence, if any, as may
4  be presented at or before the hearing of this motion.

6  Dated: March 11, 2020     Respectfully submitted,
7                            **ARENT FOX LLP**

9                            By:  /s/Shelby A. Cummings
10                               George N. Koumbis
                                 Shelby A. Cummings
11
                              Attorneys for Plaintiffs
12                            BRAMAN MOTORS, INC. d/b/a BRAMAN
                              BMW, and BRAMAN MOTOR CARS, INC.
13                            d/b/a BRAMAN BMW WEST PALM
                              BEACH