GEORGE N. KOUMBIS (SBN 246855)
SHELBY A. CUMMINGS (SBN 324322)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone: 213.629.7400
Facsimile:  213.629.7401
Email:   george.koumbis@arentfox.com
         shelby.cummings@arentfox.com

Attorneys for Plaintiffs
BRAMAN MOTORS, INC. d/b/a BRAMAN
BMW, and BRAMAN MOTOR CARS, INC.
d/b/a BRAMAN BMW WEST PALM BEACH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAMAN MOTORS, INC. d/b/a BRAMAN BMW, and BRAMAN MOTOR CARS, INC. d/b/a BRAMAN BMW WEST PALM BEACH,<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>Defendant. | Misc. Case No. 2:20-mc-00025<br><br>Underlying Case No. 1:17-cv-23360-DPG pending in the Southern District of Florida<br><br>**PLAINTIFFS' NOTICE OF INTERESTED PARTIES**<br><br>**[LOCAL RULE 7.1-1, F.R.C.P. 7.1]** |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 2:20-mc-00025

PLAINTIFFS' NOTICE
OF INTERESTED PARTIES

The undersigned, counsel of record for Plaintiffs Braman Motors, Inc. d/b/a Braman BMW ("Braman BMW"), and Braman Motor Cars, Inc. d/b/a Braman BMW West Palm Beach ("Braman BMW West Palm Beach") (collectively, "Plaintiffs"), certifies pursuant to Local Rule 7.1-1 that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| **PARTY** | **RELATIONSHIP** |
| --- | --- |
| Braman Motors, Inc. d/b/a Braman BMW | Plaintiff |
| Braman Motor Cars, Inc. d/b/a Braman BMW West Palm Beach | Plaintiff |
| BMW of North America, LLC | Defendant |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Plaintiff Braman BMW, certifies that Braman BMW has no parent corporation, and no publicly held corporation owns more than 10 percent of its stock.

Further, pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, as counsel of record for Plaintiff Braman BMW West Palm Beach, certifies that Braman BMW West Palm Beach has no parent corporation, and no publicly held corporation owns more than 10 percent of its stock.

| | |
|---|---|
| Dated: March 11, 2020 | Respectfully submitted,<br><br>**ARENT FOX LLP**<br><br><br>By: */s/Shelby A. Cummings*<br>　　George N. Koumbis<br>　　Shelby A. Cummings<br><br>Attorneys for Plaintiffs<br>BRAMAN MOTORS, INC. d/b/a BRAMAN BMW, and BRAMAN MOTOR CARS, INC. d/b/a BRAMAN BMW WEST PALM BEACH |