| | |
|---|---|
| 1 | Richard J. Grabowski (State Bar No. 125666) |
| 2 | Ryan D. Ball (State Bar No. 321772) |
| | Justin Potesta (State Bar No. 314133) |
| 3 | JONES DAY |
| 4 | 3161 Michelson Drive, Suite 800 |
| | Irvine, California 92612 |
| 5 | (T) 949.851.3939 |
| 6 | (F) 949.553.7539 |
| | rgrabowski@jonesday.com |
| 7 | rball@jonesday.com |
| 8 | jpotesta@jonesday.com |
| 9 | Attorneys for Non-Party |
| | EXPERIAN INFORMATION SOLUTIONS, |
| 10 | INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BRAMAN MOTORS, INC. d/b/a BRAMAN BMW, and BRAMAN MOTOR CARS, INC. d/b/a BRAMAN BMW WEST PALM BEACH,<br><br>   Plaintiffs,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>   Non-Party. | Case No. 2:20-mc-00025-CJC-JC<br><br>**NOTICE OF APPEARANCE RYAN D. BALL FOR NON-PARTY EXPERIAN INFORMATION SOLUTIONS, INC.** |
|---|---|

PLEASE TAKE NOTICE that Ryan D. Ball of Jones Day, 3161 Michelson Drive, Suite 800, Irvine, California 92612, Telephone (949) 851-3939, hereby enters an appearance as counsel of record in the above-captioned matter for Non-Party Experian Information Solutions, Inc.

Dated: March 12, 2020

JONES DAY

By: */s/ Ryan D. Ball*
Ryan D. Ball

Attorneys for Non-Party
EXPERIAN INFORMATION SOLUTIONS, INC.