George N. Koumbis (SBN 246855)
Shelby A. Cummings (SBN 324322)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:  213.629.7401
Email:     george.koumbis@arentfox.com
           shelby.cummings@arentfox.com

Attorneys for Plaintiffs
BRAMAN MOTORS, INC. d/b/a
BRAMAN BMW, and BRAMAN MOTOR
CARS, INC. d/b/a BRAMAN BMW WEST
PALM BEACH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAMAN MOTORS, INC. d/b/a BRAMAN BMW, and BRAMAN MOTOR CARS, INC. d/b/a BRAMAN BMW WEST PALM BEACH,<br><br>           Plaintiffs,<br><br>      v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>           Defendant. | Misc. Case No. 2:20-mc-00025-CJC-JCx<br><br>Underlying Case No. 1:17-cv-23360-DPG pending in the Southern District of Florida<br><br>**STIPULATION RESOLVING PLAINTIFFS' MOTION TO COMPEL**<br><br>Judge:       Hon. Cormac J. Carney<br>Mag Judge:   Hon. Jacqueline Chooljian<br>Courtroom:   750 (7th Floor) |

Plaintiffs Braman Motors, Inc. d/b/a Braman BMW and Braman Motor Cars, Inc. d/b/a Braman BMW West Palm Beach ("Plaintiffs"), and Non-Party Experian Information Solutions, Inc. ("Experian") (collectively, the "Parties"), through their counsel of record, hereby stipulate as follows:

1.  On April 18, 2019, Plaintiffs served subpoenas on Experian, seeking a deposition, documents, data and information to be used in Plaintiffs' lawsuit against

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 2:20-mc-00025-CJC-JCx           -1-           STIPULATION RESOLVING PLAINTIFFS'
                                                                    MOTION TO COMPEL
AFDOCS/22390693.1

BMW North America, LLC. *See Braman Motors, Inc. v. BMW of N.A., LLC*, No. 1:17-cv-23360-DPG (S.D. Fla.) (the "Subpoena").

2. A dispute arose between Plaintiffs and Experian regarding the scope of Experian's disclosure obligations in response to the Subpoena. While Experian produced various documents to Plaintiffs, Plaintiffs believed they were entitled to additional documents, data and information. Although the Parties attempted to meet and confer to resolve their dispute informally, they were unable to do so.

3. On March 11, 2020, Plaintiffs filed a motion to compel further production from Experian in this Court, along with the Parties' Joint Stipulation under Local Rule 37-1 (the "Motion"). (ECF Nos. 1, 7.)

4. In their Motion, Plaintiffs sought an order compelling Experian to produce various categories of documents and data, including related to Experian's Vehicles in Operation data (sometimes called "VIO" or "UIO" data), in addition to requesting that the Court sanction Experian for failing to comply with the Subpoena. Experian opposed Plaintiffs' Motion and requested that the Court award Experian the fees it incurred reviewing and producing documents under Plaintiffs' Subpoena, which amounted to approximately $20,000.

5. On May 7, 2020, the Court held a hearing regarding Plaintiffs' Motion, which included testimony from an Experian representative. (*See* ECF No. 15.)

6. At that hearing, the Court denied the Motion without prejudice in part and deferred ruling on the Motion in part. (*Id.*) More specifically, the Court: "(1) denied the Motion except to the extent it sought to compel raw data received by Experian Solutions, Inc. from the Florida Department of Highway Safety and Motor Vehicles; (2) directed the parties further to confer – ideally with the assistance of information technology personnel – regarding the potential provision of such raw data in a manner which minimizes the burden and cost of doing so and cost-shifting; (3) directed the parties to make supplemental submissions regarding the same by May 21, 2020; and (4) deferred ruling on the Motion to the extent it

sought to compel the provision of such raw data pending the Court's receipt and consideration of such supplemental submissions." (ECF No. 15 at 1.)

7. After the Court issued its ruling, the Parties met and conferred regarding a resolution of the Motion. Between June 1 and June 3, 2020, Experian presented Plaintiffs with a proposal for the production of the raw data and associated costs to resolve the Motion. Plaintiffs agreed to Experian's proposal in principle.

8. To give themselves enough time to finalize the details of their agreement, the Parties filed a stipulation with the Court, requesting that the Court extend the deadline for the Parties' supplemental submissions through June 18, 2020. (*See* ECF No. 22.) The Court granted that request. (ECF No. 23.)

9. The Parties have engaged in further negotiations, and have now finalized the details of their agreement, which resolves all issues before the Court in this matter. The Parties' agreement is as follows:

   a. By no later than July 15, 2020, Experian will produce to Plaintiffs the raw vehicle registration data it received from the Florida Department of Highway Safety and Motor Vehicles during the years of 2016, 2017, 2018 and 2019 and Plaintiffs will execute all necessary certifications under the Driver's Privacy Protection Act;

   b. Within 30 days of Experian's delivery of the raw data, Plaintiffs will pay Experian $16,000 for the costs it has incurred in complying with the Subpoena;

   c. Experian's delivery of the raw data will wholly discharge its obligations during fact discovery in the underlying Florida action against BMW; Plaintiffs will not issue any further fact discovery subpoenas on Experian in the Florida action without the prior issuance of a court order upon the showing of new or different facts and good cause;

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 2:20-mc-00025-CJC-JCx     -3-     STIPULATION RESOLVING PLAINTIFFS'
                                            MOTION TO COMPEL
AFDOCS/22390693.1

      d. Beyond the $16,000 payment from Plaintiffs to Experian described above, neither Plaintiffs nor Experian will be entitled to any further recovery of costs, fees, or any other payments in any way related to Plaintiffs' Subpoena or Plaintiffs' Motion.

10. Based on the foregoing, the Parties stipulate to and request that the Court issue an order adopting the terms of their settlement and dismissing Plaintiffs' Motion with prejudice.

11. Except for the terms expressly stated in this Stipulation, all rights, remedies, claims or defenses available to the Parties under applicable law are hereby expressly reserved.

RESPECTFULLY SUBMITTED,

Dated: June 18, 2020   **JONES DAY**

By: /s/ Ryan D. Ball
    Ryan D. Ball

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Dated: June 18, 2020   **ARENT FOX LLP**

By: /s/ George N. Koumbis
    George N. Koumbis
    Shelby A. Cummings

Attorneys for Plaintiffs
BRAMAN MOTORS, INC. d/b/a BRAMAN BMW, and BRAMAN MOTOR CARS, INC. d/b/a BRAMAN BMW WEST PALM BEACH

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 2:20-mc-00025-CJC-JCx   -4-   STIPULATION RESOLVING PLAINTIFFS' MOTION TO COMPEL
AFDOCS/22390693.1

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Ryan D. Ball, counsel for Experian Information Solutions, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: June 18, 2020                **ARENT FOX LLP**

By:   /s/ George N. Koumbis
          George N. Koumbis
          Shelby A. Cummings

Attorneys for Plaintiffs
BRAMAN MOTORS, INC. d/b/a BRAMAN BMW, and BRAMAN MOTOR CARS, INC. d/b/a BRAMAN BMW WEST PALM BEACH