1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAMAN MOTORS, INC. d/b/a BRAMAN BMW, and BRAMAN MOTOR CARS, INC. d/b/a BRAMAN BMW WEST PALM BEACH,<br><br>            Plaintiffs,<br><br>   v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>            Defendant. | Misc. Case No. 2:20-mc-00025-CJC-JCx<br><br>Underlying Case No. 1:17-cv-23360-DPG pending in the Southern District of Florida<br><br>**ORDER GRANTING STIPULATION RESOLVING PLAINTIFFS' MOTION TO COMPEL**<br><br>Judge:        Hon. Cormac J. Carney<br>Mag Judge:  Hon. Jacqueline Chooljian<br>Courtroom:  750 (7th Floor) |

-1-

The Court, having considered the Parties' Stipulation Resolving Plaintiffs' Motion to Compel, hereby GRANTS the Parties' Stipulation and ORDERS as follows:

1. By no later than July 15, 2020, Experian will produce to Plaintiffs the raw vehicle registration data it received from the Florida Department of Highway Safety and Motor Vehicles for the years 2016, 2017, 2018 and 2019 and Plaintiffs will execute all necessary certifications under the Driver's Privacy Protection Act ("DPPA");

2. Experian's production of the raw vehicle registration data shall not violate the DPPA. *See, e.g.*, 18 U.S.C. § 2721(b)(4) (permitting use of information covered by the Act "[f]or use in connection with any civil, criminal, administrative, or arbitral proceeding in any Federal, State, or local court or agency or before any self-regulatory body, including the service of process, investigation in anticipation of litigation, and the execution or enforcement of judgments and orders, or pursuant to an order of a Federal, State, or local court").

3. Within 30 days of Experian's delivery of the raw data, Plaintiffs will pay Experian $16,000;

4. Experian's delivery of the raw data will discharge its obligations during fact discovery in the underlying Florida action against BMW; Plaintiffs will not issue any further fact discovery subpoenas on Experian in the Florida action without the prior issuance of a court order upon the showing of new or different facts and good cause;

5. Beyond the $16,000 payment from Plaintiffs to Experian described above, neither Plaintiffs nor Experian will be entitled to any further recovery of costs, fees, or any other payments in any way related to Plaintiffs' April 18, 2019 subpoena or Plaintiffs' pending Motion to Compel filed on March 11, 2020; and

///

///

6. Plaintiffs' Motion to Compel is hereby DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: _____

_____
Jacqueline Chooljian
United States Magistrate Judge